United States District Court
Southern District of Texas
**ENTERED**
April 22, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| NORMAN AARON THOMLEY, TDCJ #01039044, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 3:13-CV-309 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's simultaneously issued *Memorandum and Order*, this case is **DISMISSED WITH PREJUDICE**. The Respondent's motion for summary judgment (Dkt. 31) is **GRANTED**.

This is a **FINAL JUDGMENT**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on ___April 21___, 2016.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE